UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:25-cr-4-KCD-NPM

OSNYSON DESROSIERS

## PRELIMINARY ORDER OF FORFEITURE

The United States moves for a Preliminary Order of Forfeiture for the following assets:

    a.    A Glock 43X, serial number: BXKE044;

    b.    A Glock 26, serial number: AGPW566;

    c.    A Glock 43X, serial number: BWCR826;

    d.    A Glock 27, serial number: BWKA800;

    e.    A Glock 43X, serial number: BWCF517;

    f.    A Glock 43X, serial number: BWVB465;

    g.    A Glock 22, serial number: BWHP935;

    h.    A Glock 43X, serial number: BWUM030;

    i.    A Glock 17, serial number: BWRC199; and

    j.    A Glock 30s, serial number: BXDS275.

Being fully advised of the relevant facts, the Court finds that the assets, identified above, were involved in the offenses charged in Counts One, Two, Three, Four, Five, Six, Seven, Eight, Twelve and Thirteen of the Superseding Indictment, for which the defendant was found guilty.

The United States' motion is **GRANTED**. Under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are **FORFEITED** to the United States for disposition according to law. This order shall become a final order of forfeiture as to the defendant at Sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the forfeiture and disposition of such property.

**ORDERED** in Fort Myers, Florida, on January 29, 2026.

KYLE C. DUDEK
UNITED STATES DISTRICT JUDGE

Copies:
Suzanne C. Nebesky, AUSA
Counsel of Record