# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

UNITED STATES OF AMERICA
              Government          x            Case No.  2:25-cr-4-KCD-NPM

      v.

                                              _____    **Evidentiary**
                                              _____    **Trial**
OSNYSON DESROSIERS
              Defendant          _____        x        **Other [Sentencing]**

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | **Summary Chart of Known Firearms Purchased by Osnyson Desrosiers and Derick Desir in Between 3/3/2022 and 6/24/2022** |
| 2 | | | | **Text Messages Sent/Received Between Osnyson Desrosiers and Derick Desir Between 2/4/2022 and 6/28/2022** |
| 3 | | | | **Screenshot from Desrosiers Bank of America Credit Card (-3710) Noting Transactions Between 6/23/2022 and 6/28/2022** |
| 4a | | | | **Timeline Spreadsheet Containing Relevant Phone Activity of Osnyson Desrosiers Between approximately 6/26/2022 at 6:52 AM and 6/26/2022 at 10:55 AM** |
| 4b | | | | **Photograph Sent from Desrosiers to Desir at approximately 6:54 AM on 6/26/2022** |
| 5 | | | | **Google Maps Overview of Upstate New York (Northeast of Syracuse, NY)** |