UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 2:25-cr-4-KCD-NPM

OSNYSON DESROSIERS

## FINAL ORDER OF FORFEITURE

The United States moves under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(c)(2), for a final order of forfeiture for the following assets, which were subject to a January 29, 2026 preliminary order of forfeiture (Doc. 127):

    a.    A Glock 43X, serial number: BXKE044;

    b.    A Glock 26, serial number: AGPW566;

    c.    A Glock 43X, serial number: BWCR826;

    d.    A Glock 27, serial number: BWKA800;

    e.    A Glock 43X, serial number: BWCF517;

    f.    A Glock 43X, serial number: BWVB465;

    g.    A Glock 22, serial number: BWHP935;

    h.    A Glock 43X, serial number: BWUM030:

    i.    A Glock 17, serial number: BWRC199; and

    j.    A Glock 30s, serial number: BXDS275.

In accord with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from February 10, 2026, and

ending on March 11, 2026, the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov. Doc. 139. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interests within 60 days of the first date of publication. No persons or entities filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

The United States' motion is **GRANTED**.  Under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Fort Myers, Florida, this 14th day of April, 2026.

**KYLE C. DUDEK**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Suzanne C. Nebesky, AUSA
Counsel of Record

2