UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                                     Case No: 2:25-cr-4-KCD-NPM

DERICK DESIR, OSNYSON
DESROSIERS,

      Defendant,

_____/

## **ORDER**

Defendant Osnyson Desrosiers moves the Court to modify the judgment concerning a BOP recommended facility. (Doc. 148.) The Government does not oppose the request. (*Id.* at 2.)

The Court finds good cause to modify the judgement to accurately reflect Desrosiers' BOP request. Accordingly, the motion (Doc. 148) is **GRANTED**. The Clerk is directed to enter a new judgment with the following language substituted on page 2:

> The Court makes the following recommendations to the Bureau of Prisons: The closest appropriate facility to FCI Berlin in Berlin, New Hampshire, due to Defendant's medical needs.

The judgement and Desrosiers' sentence is otherwise unchanged.

**ORDERED** in Fort Myers, Florida on May 26, 2026.

Kyle C. Dudek
United States District Judge